# EXHIBIT D

EXHIBIT D



YOUR TRANSLATION PARTNER

5200 S. Highland Dr., Suite 201, Salt Lake City, UT 84117
Telephone: (801) 273-5700 Fax: (801) 880-8883

**Statement of Verification**
July 28, 2011

This document certifies that the following document(s): **Notice of Appeal, Transcript of Oral Hearing, Verdict,** and **Exhibit 17** has been translated for:

Jason Booth
BOOTH SWEET
32R Essex Street, Suite 1A
Cambridge, MA 02139

Furthermore, the said document(s) have been translated from **German** to **English** and have been translated correctly and accurately to the best of our (Verbatim Solutions, LLC) knowledge by a certified, native speaking **German** translator.

_____
Jeff Walsh
Account Manager

Forms of Acknowledgment (3)
Person Acknowledging Instrument Unknown to
Notary But Proved to be Signer by Satisfactory Evidence

State of Utah           )
                        § 
County of Salt Lake     )

On this 28th day of July, 20 11, personally appeared before me, Jeff Walsh, proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is (are) subscribed to this instrument, and acknowledged that he (she) (they) executed the same.

S
E
A       THOMAS F. SEAL
L       Notary Public, State of Utah
        Commission # 600770
        My Commission Expires
        September 08, 2014

_____
Notary Public

My Commission Expires Sept. 8, 2014

Exhibit D - 1