# EXHIBIT E

EXHIBIT E

Case 8:14-cv-00657-MSS-AEP   Document 11-8   Filed 05/30/14   Page 2 of 3 PageID 137
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 27 of 270
Case 1:10-cv-12043-GAO   Document 55-3   Filed 06/13/11   Page 1 of 2

**Susanne Preuss**  Anlage AG 12

| | |
|---|---|
| **Von:** | Philipp Brandt [brandt@bb-legal.de] |
| **Gesendet:** | Donnerstag, 14. April 2011 11:33 |
| **An:** | Susanne Preuß |
| **Betreff:** | Fwd: Copyright infringements - cooperation with your law office(s) in Asia |

Anfang der weitergeleiteten E-Mail:

Von: "Achache,Patrick" <patrick.achache@guardaley.com>
Datum: 10. Dezember 2008 12:59:04 MEZ
An: brandt@bb-legal.de
Betreff: Copyright infringements - cooperation with your law office(s) in Asia
Antwort an: patrick.achache@guardaley.com

Dear Mr.Brandt,

as spoken on the phone, I send you my questions regarding fighting copyright infringements on the basis of internet technologies.
We are a company based in the UK and Germany specialised in producing forensic technical evidence for criminal and civil rights proceedings.

We are searching for a strong partner allowing us to claim damages from several hundred infringers to stop them to spread our client's product in Asia especially India, Thailand and China.

In regard to that we kindly ask you to have a look on the following questions:

What circumstances allow us to request contact details for infringers under the specific laws? Are these for example depending on the number of files shared or the period the user stayed online and provided the data?
Are there infringements which weighten heavyer than others e.g. adult content or sofware which is not even released?
Does one have to initiate a criminal law case first?
Are there already similar cases in India? Judgements?
Do the Internet service providers demand money for the addresses of infringers?
Do we need a special indian expert opinion for our monitoring software to obtain the data?

==We feature a software for managing that amount of adress requests and claims, if you need support to handle the huge amount of data.==
==It would be free for the law offices and is developed to guarantee a perfect workflow between GuardaLey as the data provider and the law offices as acting partner.==

I am looking forward to your answers, many thanks in advance

Regards
Patrick Achache

PS: Would you mind to confirm the receipt of this email?

--

1

Exhibit E - 1

Case 8:14-cv-00657-MSS-AEP   Document 11-8   Filed 05/30/14   Page 3 of 3 PageID 138
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 28 of 270
Case 1:10-cv-12043-GAO   Document 55-3   Filed 06/13/11   Page 2 of 2

Patrick Achache
IP Department
Guardaley Ltd.
Telefon (direkt) +49 (0)176/24791824
mailto:patrick.achache@guardaley.com

GuardaLey Ltd: Geschäftsführer: Ben Perino; Reading(UK) and Karlsruhe(D); Company No. 06576149;