# EXHIBIT I

EXHIBIT I



# Fakten zur Abmahnung „Antichrist", BaumgartenBrandt an ipoque, 18.11.2009

**CONFIDENTIAL**
January, 2011



Anlage AG 17

Exhibit I - 1

 **ipoque wurde für "Antichrist", das in einem Testscreening lief, abgemahnt**

## Fakten der Abmahnung

| | |
|---|---|
| **Abgemahnter:** | ipoque GmbH, Mozartstr. 3, 04107 Leipzig |
| **Abmahner:** | BaumgartenBrandt Rechtsanwälte, Berlin |
| Bemerkung: | „Unabhängiger Sicherheitsdienstleister" ist Guardaley. |
| **Mandantin:** | Zentropa Entertainments23 ApS |
| **Werk:** | Film „Antichrist" |
| **Datum, Zeit:** | 18.11.2009, 01:03:25 MEZ |
| **IP-Adresse:** | 79.222.120.152 |
| Bemerkung: | In dem fraglichen Zeitraum ist ein Testscreening mit diesem Film im externen Auftrag bei ipoque gelaufen. Die IP-Adresse war unsere. Es handelt sich um eine Datei im BitTorrent-Netzwerk (diese Information steht nicht im Abmahnschreiben). |
| **Vorwurf:** | Angebot des Filmes zum Download durch Freigabe auf der Festplatte |
| **Gesamtbetrag:** | 1200,- Euro |
| **Frist:** | 18.05.2010 |



# Der Fall ist komplett aufgezeichnet und reproduzierbar

## Fakten der Abmahnung

**Der Fall konnte komplett nachvollzogen werden.**

Dieses Testscreening lief auf dem PFS (Peer-to-Peer Forensic System), das ipoque selbst für Ermittlungen von Urheberrechtsverletzungen in Peer-to-Peer-Netzwerken einsetzt. Damit haben wir die kompletten Verkehrsmitschnitte aufgezeichnet und abgespeichert, der Fall kann also jederzeit wieder komplett nachvollzogen und belegt werden.

**Wir haben den anderen Client (Guardaley) identifiziert**

Der gegnerische Ermittler hatte zum fraglichen Zeitpunkt die IP-Adresse 78.43.254.8. Laut GoIP-Auskunft ist es Kabel Baden-Würtenberg, Karsruhe. Hinter dieser IP-Adresse standen in diesem Zeitraum von 21 Uhr am 17.11.2009 bis um 2 Uhr am 18.11.2009 insgesamt fünf verschiedene Clienthashes - einer pro angefragtem File. Wir haben damals diese fünf Files für Antichrist angefragt. Diese Informationen stehen nicht im Abmahnschreiben. Wir haben sie aus unserer Ermittlungsdatenbank analysiert:

| | |
|---|---|
| ClientHash: | 2D55543138313 02D36D33E2627698192889A38D1 |
| human readable: | -UT1810-6Ó%3E%26%27i%81%92%88%9A8Ñ |
| program and version: | -UT1810- |

January 2011, CONFIDENTIAL        ipoque        Page 3

Exhibit I - 3



# Der Guardaley-Client sendete ein charakteristisches Bitfeld

## Fakten der Abmahnung

**Wir haben nicht angeboten oder hochgeladen.**

Unser Client hat weder ein Angebot gemacht, noch hochgeladen, da erstens unser P2P-Client allen anderen Clients mitteilt, das er nichts hat und der Client zweitens auch gar nichts hochladen könnte. Wir haben belegbar (in den kompletten Verkehrsmitschnitten) keinen einzigen Transfer an diesen Client gesendet.

**Der Guardaley-Client hat nur angefragt, jedoch weder heruntergeladen, noch uns etwas gesendet – auch ipoque hat nichts transferiert**

Die Clients der gegnerischen IP senden immer Bitfield 010101010101010101... (sie behaupten also immer jedes zweite und damit 50% des Files zu haben).

Screenshot 1 zeigt dieses Bitfeld.

*Hinweis: Der Screenshot wurde mit Wireshark hergestellt, einem gängigen Programm zur manuellen Analyse von Netzwerkverkehr.*



Screenshot 1: Bitfeld über die Verfügbarkeit von Pieces des gegnerischen Clients

January 2011, CONFIDENTIAL     ipoque     Page 5

Exhibit I - 5



# Es hat niemals und in keiner Richtung ein Transfer stattgefunden

## Fakten der Abmahnung

**Der Screenshot 2 zeigt lückenlos den kompletten Vorgang zu der Abmahnung.**

1: Es beginnt mit dem Handshake (Kontaktaufnahme durch den Gegner)
2: TCP Austausch (Bestätigung des Handshakepaketes, hat nichts mit dem Bittorrent-Vorgang zu tun) → es findet hier kein BitTorrent-Transfer o.ä. statt, es handelt sich nur um den Austausch zum Herstellen und Auflösen der TCP-Verbindung
3: Bestätigung des Handshakes durch uns
4: Gegner sendet (mutmasslich gefälschtes) Bitfeld (siehe Hinweis oben, Screenshot 1)
5: Unsere Antwort, das wir interessiert sind.
6: TCP (Bestätigung des Interested-Pakets im vorigen Schritt durch den Gegner)
7: Gegner fragt ein bestimmtes piece an (obwohl er weiss, das wir nichts haben, da wir kein Bitfeld gesendet haben – siehe Hinweis oben)
8: TCP Austausch (Bestätigung des Requestpakets durch uns)
9: Gegner fragt nochmals ein piece an
10: TCP (Bestätigung des Requestpakets durch uns)
11: TCP (Abbruch durch uns)
12: TCP (Bestätigung des Abbruchs durch Gegner)
13: TCP (Abbruch durch Gegner)
14: TCP (Bestätigung des Abbruchs durch uns)

*Hinweis: Der Screenshot wurde mit Wireshark hergestellt, einem gängigen Programm zur manuellen Analyse von Netzwerkverkehr.*



