# EXHIBIT R

EXHIBIT R

1

Court File No. T-2058-12

FEDERAL COURT

BETWEEN:

VOLTAGE PICTURES LLC

Plaintiff

and

JOHN DOE and JANE DOE

Defendants

SUPPLEMENTARY AFFIDAVIT OF BARRY LOGAN
(Sworn on May 27, 2013)

I, **BARRY LOGAN**, of the City of Stratford, in the province of Ontario, **MAKE OATH AND SAY AS FOLLOWS:**

1. On December 7, 2012, I swore an affidavit describing my involvement in the Internet Protocol investigation conducted for the Plaintiff in the herein matter.

2. In paragraph 8 of my original affidavit I stated the following:

   Between September 1 and October 31, 2012, forensic software called GuardaLey Observer v1.2 (the "Forensic Software") was used to scan BitTorrent networks for the presence of Voltage's copyrighted works.

3. The software used in my investigation was GuardaLey Observer v.1.47, not v.1.2. This was simply a typographical error in my original affidavit that I had neglected to correct.

Exhibit R - 1

2

SWORN BEFORE ME at the City of )
Toronto, in the Province of Ontario, )
this 27th day of May, 2013 )
)
)
)
_____ )
A Commissioner of Oaths, etc.

**BARRY LOGAN**

Exhibit R - 2

Case 8:14-cv-00657-MSS-AEP   Document 11-21   Filed 05/30/14   Page 4 of 14 PageID 296
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 186 of 270

3

Court File No. T-2058-12

**VOLTAGE PICTURES LLC**
Plaintiff

and

**JOHN DOE and JANE DOE**
Defendants

## ONTARIO
## SUPERIOR COURT OF JUSTICE

Proceeding commenced at Toronto

**AFFIDAVIT OF BARRY LOGAN**
(Sworn on May 27, 2013)

**BRAUTI THORNING ZIBARRAS LLP**
151 Yonge Street, Suite 1800
Toronto, ON  M5C 2W7

P. James Zibarras
LSUC No. 48856F

John Philpott
LSUC No. 60246U

Tel:   416.362.4567
Fax:  416.362.8410

**Lawyers for the Plaintiff,**
**VOLTAGE PICTURES LLC**

Exhibit R - 3

Case 8:14-cv-00657-MSS-AEP Document 11-21 Filed 05/30/14 Page 5 of 14 PageID 297
Case 1:14-cv-00263-RDB Document 10-1 Filed 03/28/14 Page 187 of 270

1

8

Court File No. CV-

FEDERAL COURT

BETWEEN:

VOLTAGE PICTURES LLC

Plaintiff

and

JOHN DOE and JANE DOE

Defendants

### AFFIDAVIT OF BARRY LOGAN
(Sworn on December 7, 2012)

I, **BARRY LOGAN**, of the City of Stratford, in the province of Ontario, **MAKE OATH AND SAY AS FOLLOWS:**

1. I am the owner and principal forensic consultant of Canipre Inc. ("Canipre"), an Ontario based corporation that provides forensic investigation services to copyright owners. As part of my duties at Canipre, I routinely identify the Internet Protocol ("IP") addresses used by individuals who download and distribute copyrighted works over peer to peer ("P2P") networks using the BitTorrent Protocol.

2. The Plaintiff, Voltage Pictures LLC ("Voltage"), is a movie production company based in Los Angeles, California. Voltage retained Canipre to investigate whether its films were being copied and distributed by Canadian members of P2P online networks and to support the associated litigation. I was directly involved in the investigation and as such

Case 8:14-cv-00657-MSS-AEP  Document 11-21  Filed 05/30/14  Page 6 of 14 PageID 298
Case 1:14-cv-00263-RDB  Document 10-1  Filed 03/28/14  Page 188 of 270

2

9

have knowledge of the matters to which I hereinafter depose. Where I do not have personal knowledge, I have stated the source of my information and believe it to be true.

*Background – The BitTorrent Protocol*

3. The BitTorrent Protocol is a P2P file sharing protocol that facilitates the distribution of large amounts of data over the internet through networks.

4. When a file is initially uploaded to a BitTorrent network, that is referred to as "seeding". Other P2P networks users, called "peers", can then connect to the user seeding the file in order to copy it.

5. The BitTorrent Protocol breaks a file into numerous small data packets, each of which is identifiable by a unique hash number created using a hash algorithm. Once a file has been broken into numerous packets, other network users or peers are able to download different sections of the same file from multiple users. Each new peer is directed to the most readily available packet of the file they wish to download. In other words, a peer does not copy a file from one user, but from any peer who previously downloaded the file and has it available on the BitTorrent network. The peer then becomes a seeder as it distributes the data packet to other peers connected to the BitTorrent network.

6. Once a packet is downloaded by a peer, that peer automatically becomes a download source for other peers connected to the BitTorrent network who are requesting the file. This speeds up the time it takes to download a file and frees up the capacity of a computer or server to simultaneously download and upload files. Unless the settings on the user's BitTorrent program are changed, every user who is copying or who has copied a file is

Case 8:14-cv-00657-MSS-AEP Document 11-21 Filed 05/30/14 Page 7 of 14 PageID 299
Case 1:14-cv-00263-RDB Document 10-1 Filed 03/28/14 Page 189 of 270

3

10

simultaneously distributing it to every other user or peer connected to the BitTorrent network. This allows even small computers with low bandwidth to participate in large data transfers across a P2P network.

*Canipre's Forensic Investigation*

7.     Voltage retained Canipre to identify the Internet Protocol ("IP") addresses used on the BitTorrent network to copy and distribute copyrighted works which Voltage has the rights to in Canada. A list of such works which Canipre monitored as part of this investigation is attached as **Exhibit "A"**.

8.     Between September 1 and October 31, 2012, forensic software called GuardaLey Observer v1.2 (the "Forensic Software") was used to scan BitTorrent networks for the presence of Voltage's copyrighted works.

9.     I was tasked with monitoring, analyzing, reviewing and attesting to the results of the investigation.

10.    The Forensic Software was run between September 1 and October 31, 2012. The Forensic Software searched BitTorrent networks for files corresponding to Voltage's copyrighted works and identified the IP address of each seeder or peer who was offering any of these files for transfer or distribution. This information is available to anyone that is connected to the P2P network.

11.    The Forensic Software then downloaded the copies of Voltage's copyrighted works available for distribution on the P2P networks, and for each file downloaded recorded the following identifying information:

Case 8:14-cv-00657-MSS-AEP   Document 11-21   Filed 05/30/14   Page 8 of 14 PageID 300
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 190 of 270

4

11

a. the IP address assigned to the peer by his or her internet service provider ("ISP") at the time it distributed the file;

b. the date and time at which the file was distributed by the seeder or peer;

c. the P2P network utilized by the peer; and

d. the file's metadata, which includes the name of the file and the size of the file (collectively, the "File Data").

12. The File Data is stored in a secure central database. I have personally reviewed the File Data. After reviewing the File Data, I identified the transactions associated with IP addresses geographically limited to Ontario and to customers of TekSavvy Solutions Inc. ("TekSavvy") that used the BitTorrent network to reproduce and distribute Voltage's copyrighted works during the period of September 1 to October 31, 2012. A copy of the File Data for these transactions is attached as **Exhibit "B"**.

*Identifying the IP Addresses*

13. An internet service provider or ISP, such as TekSavvy, is an organization which provides access to the Internet to its customers. Peers, seeds, and users access the BitTorrent network through the internet access provided by their ISP.

14. An IP address is a unique numerical identifier that is automatically assigned to an internet user by that user's ISP.

15. ISPs are assigned blocks or ranges of IP addresses. The range assigned to any ISP can be found in publicly available databases on the internet.

Case 8:14-cv-00657-MSS-AEP  Document 11-21  Filed 05/30/14  Page 9 of 14 PageID 301
Case 1:14-cv-00263-RDB  Document 10-1  Filed 03/28/14  Page 191 of 270

12

5

16. ISPs track the IP addresses assigned to their customers at any given time and retain "user logs" of that information.

17. Through the Forensic Software, I am able to track a peer by its IP address to a particular ISP and to their geographic location. This is how I was able to limit the IP addresses and related File Data in Exhibit B to customers of TekSavvy in the province of Ontario.

18. Once provided with the IP address and the corresponding File Data, ISPs can review their user logs to identify the name, address, email address, and phone number of their clients who acted as peers to copy and distribute unauthorized versions of Voltage's works.

19. Only an ISP can correlate the IP address to the real identity of its subscriber. Without the involvement of the ISPs, Voltage will be unable to determine the identities of those persons who are distributing their copyrighted works.

*Confirmation of Data*

20. I personally reviewed the File Data gathered from this investigation.

21. After reviewing the File Data, I verified that the transactions contained in Exhibit B are associated with IP addresses geographically limited to Ontario and to customers of TekSavvy. I have also verified that the IP addresses and related File Data contained in Exhibit B hereto correctly reflect what is contained in the secure central databases.

Case 8:14-cv-00657-MSS-AEP   Document 11-21   Filed 05/30/14   Page 10 of 14 PageID 302
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 192 of 270

13

6

22. In addition, I have analyzed each of the BitTorrent packets distributed by the IP addresses listed in Exhibit B and verified that reassembling the pieces results in a fully playable digital motion picture that is one of Voltage's copyrighted works.

23. I was provided with a control copy of each of Voltage's copyrighted works, which I have viewed side by side with the digital media files set forth in Exhibit B and confirmed that they were the same.

SWORN BEFORE ME at the City of     )
Toronto, in the Province of Ontario,     )
this 7 day of December, 2012     )
                                  )
                                  )
                                  )
_____  )    _____
A Commissioner of Oaths, etc.            BARRY LOGAN

Nanci Elizabeth McFadden-Fair,
a Commissioner, etc., Province of Ontario,
for Michael F. Fair, Barrister and Solicitor.
Expires November 26, 2015.

Case 8:14-cv-00657-MSS-AEP   Document 11-21   Filed 05/30/14   Page 11 of 14 PageID 303
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 193 of 270

7

| | | |
|---|---|---|
| | | Court File No. |
| **VOLTAGE PICTURES LLC**<br>Plaintiff | and | **JOHN DOE and JANE DOE**<br>Defendants |

**ONTARIO<br>SUPERIOR COURT OF JUSTICE**

Proceeding commenced at Toronto

**AFFIDAVIT OF BARRY LOGAN**
(Sworn on December       2012)

**BRAUTI THORNING ZIBARRAS LLP**
151 Yonge Street, Suite 1800
Toronto, ON  M5C 2W7

P. James Zibarras
LSUC No. 48856F

John Philpott
LSUC No. 60246U

Tel:   416.362.4567
Fax:   416.362.8410

Lawyers for the Plaintiff,
**VOLTAGE PICTURES LLC**

Case 8:14-cv-00657-MSS-AEP   Document 11-21   Filed 05/30/14   Page 12 of 14 PageID 304
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 194 of 270

15

This is **Exhibit "A"** referred to in the

affidavit of **BARRY LOGAN** sworn before me

this 7 day of December, 2012.

_____
A COMMISSIONER FOR TAKING AFFIDAVITS

Nanci Elizabeth McFadden-Fair,
a Commissioner, etc., Province of Ontario,
for Michael F. Fair, Barrister and Solicitor.
Expires November 26, 2015.

Case 8:14-cv-00657-MSS-AEP   Document 11-21   Filed 05/30/14   Page 13 of 14 PageID 305
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 195 of 270

16

## Voltage's Cinematographic Works as Monitored by Canipre

### 09.01.12 – 10.31.12

Generation Um ... (2012)

Tucker & Dale vs Evil (2010)

True Justice (The Complete First Season) (2010)

The Third Act aka The Magic of Belle Isle (2012)

The Good Doctor (2011)

Rosewood Lane (2011)

Another Happy Day aka The Reasonable Bunch (2011)

Killer Joe (2011)

Escapee (2011)

Case 8:14-cv-00657-MSS-AEP   Document 11-21   Filed 05/30/14   Page 14 of 14 PageID 306
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 196 of 270

17

This is **Exhibit "B"** referred to in the

affidavit of **BARRY LOGAN** sworn before me

this      day of December, 2012.

_____
A COMMISSIONER FOR TAKING AFFIDAVITS

Nanci Elizabeth McFadden-Fair,
a Commissioner, etc., Province of Ontario,
for Michael F. Fair, Barrister and Solicitor.
Expires November 26, 2015.