# **EXHIBIT T**

EXHIBIT T

Linux Administrator/ Programmierer in Vollzeit Arbeitsort: Karl... http://vacancies24.de/jobs/linux-administrator-programmierer-in-...

Case 8:14-cv-00657-MSS-AEP Document 11-23 Filed 05/30/14 Page 2 of 2 PageID 328
Case 1:14-cv-00263-RDB Document 10-1 Filed 03/28/14 Page 218 of 270

# Vacancies24.de
### Alle Stellenangebote auf einen Blick!

Suchen

**Linux Administrator/ Programmierer in Vollzeit Arbeitsort: Karlsruhe, Baden**
IPP Int. / Systemplaner und systemanalytiker / Baden-Württemberg
**Bitte beachten Sie, dass die Bewerbungsfrist abgelaufen ist.**

Alle Jobs für systemplaner und systemanalytiker in Baden-Württemberg
Alle Jobs bei IPP Int. in Baden-Württemberg

IPP Int. ist abgestimmt auf die Bedürfnisse von Unternehmen aus den Bereichen der Software- und Unterhaltungsindustrie. Die Basis unseres Portfolios sind Software Eigenentwicklungen sowie unsere globale Internet-Infrastruktur. Wir sind der perfekte Partner für ganzheitlichen Schutz digitaler Inhalte jeglicher Art. Durch die Kombination verschiedener Methoden und Techniken erreichen wir eine nie dagewesene Abdeckung und ganzheitlichen Schutz von Software, Filmen, Musik, Bildern und Texten. Von Downloads bis hin zu illegalen Verkäufen - unsere Ermittlungen decken jeden Bereich ab. Die Effektivität, mit der wir unsere Produkte betreiben und kombinieren, ermöglicht unsere Dienstleistungen besonders kosteneffizient anzubieten. Unser Angebot: Einen zukunftssicheren Arbeitsplatz in einem hochmotivierten Team und ein interessantes Aufgabenfeld. Ihre Aufgabe: Serveradministration und Skriptprogrammierung Mysql Datenbank und VMware ESX Server Ihr Profil Sie verfügen über umfangreiche Kenntnisse folgenden Bereich: ¿ Umgang mit Linux-Betriebssystemen ¿ Administration von MySQL Datenbanken ¿ SQL ¿ PC- und Netzwerktechnik ¿ Skriptprogrammierung (wenn möglich Pearl) Optionale Kenntnisse: ¿ Webprogrammierung (PHP, HTML. ) ¿ Windows Programmiersprachen (C++, VB) - Geforderte Anlagen: Lebenslauf, Zeugnisse; Kenntnisse und Fertigkeiten: Betriebssystem LINUX; Datenbank MySQL; Datenbank SQL; PC-Technik

**Veröffentlicht am**
2011-10-12

**E-Mail**
jobs@guardaley.com

**Telefon**
+49 721 66800093

**Adresse**
Am Hubengut 8, D-76149 Karlsruhe, Baden, Deutschland

**Weitere Informationen**
Jennifer Cindori

**Wie bewirbt man sich**
per Email

**Bitte beachten Sie, dass die Bewerbungsfrist abgelaufen ist.**

### Meistgesuchte Jobs

Verkäufer/in im BASE Shop ...
Tischler/in Arbeitsort: S ...
Fachlagerist/in Arbeitsor ...
Filialleiter/in im BASE S ...
Teamassistenz/ Büroassist ...
Amtsvormund/Amtspfleger ( ...
Stop! Weiterlesen ! Hier ...
Elektroniker/in Arbeitsor ...
Examinierte Pflegefachkra ...
Automaten-Techniker für W ...
Sportlehrer/in Arbeitsort ...
Podologin gesucht Arbeits ...
Architekt/in Arbeitsort: ...
TOP>> Mehrere Service-Tec ...
Ergotherapeut/in im mobil ...

▶ Job Stellenangebote
▶ Stellenausschreibung
▶ Offene Stellenangebote

### Beliebte Tags

Klebetechnik
Hydraulikmonteure
Mehlingen
Interaktiv
Primonda

▶ Stellenangebote Karlsru
▶ Jobbörse Stellenangebo
▶ Stellenangebote Arbeit

### Neue Arbeitgeber

Xchange Language Services ...
Skare fleisch
Dr. Bilir, Martinovic, St ...
BVU GmbH
Klaus Hinz Taxiunternehmen
Gasthaus Almbachklamm Ber ...
Schornsteinfeger
Werksarztzentrum Deutschl ...
Opticost GmbH
PolygonVATRO GmbH

▶ Unix System Administrat
▶ Jobsuche Stellenangebo
▶ Stellenangebote Pflege



Links

Kontaktieren Sie uns
Stellennummer: 6753360

© 2013 Vacancies24.de — Impressum — Kontaktieren Sie uns