# **<u>EXHIBIT V</u>**

<u>EXHIBIT V</u>

Imprint | Bueroservice24 04/23/2012 11:53 AM
Case 8:14-cv-00657-MSS-AEP   Document 11-25   Filed 05/30/14   Page 2 of 7 PageID 333
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 223 of 270



**Telephone counseling**  for FREE  **0800 8 885 885**



Telephone-secretariat    Industry Solutions    Business

# Imprint

BSAG Bueroservice24 AG
Überseering 25
22297 Hamburg

Free advice: 0800-8885885

E-mail: info (at) bueroservice24.de
URL: www.bueroservice24.de

Chairman Marcus Polke
Board of Directors: Christian Weber, Kim Barthel
Commercial Register: Amtsgericht Hamburg HRB 112 851
VAT Reg. DE270104172

Tel: 040-600385-0
Fax: 040-600385-130

| Telephone-secretariat | Services | Social Media | Business | Support | TUV tested |
|---|---|---|---|---|---|
| Benefits | Business address | The SME blog | Home | Terms and Conditions | |
| Immediately test | Credit Report | Facebook | Contact | FAQ | |
| Offer Calculator | Industry Solutions | Google + | Cooperation | Privacy Policy | |
| And Price List | | Twitter | Affiliate | Imprint | |
| Entry-level package | | Xing | Press | Lexicon | |
| Standard Package | | | Jobs | Sitemap | |
| Professional Package | | | | | |
| Weekend Package | | | | | |





Nationwide telephone Service | 4.Oct-General Service | All Real Documents Buroservice24 AR... 8/21/12 11:54 AM



| Telephone counseling | for FREE | **0800 8 885 885** |





Now two weeks free test!

### Immediately test 

Convince yourself personally and quickly in just two minutes from the quality of our services and the professionalism of our technical secretaries and secretaries! The immediate test is completely free and without obligation.

Now start the test immediately

### Personal quote 

In the future, always be reached by phone at attractive rates: Get our no-obligation quote for your personal phone Bueroservice24.de Secretariat.

Get a Quote Now

### Industry Solutions 

Real estate agents, online shops - Exposé shipping, order taking, appointment - every industry has its specific requirements of our professional Telephone-secretariat. Learn more here!



## The advantages of a professional secretariat by telephone Bueroservice24.de for you:

 **100 percent accessibility:** Optimize your business performance and grow your business through a permanent telephone availability. No call you will get lost!

 **Real-time conversation Note:** Whether you are in a meeting or on vacation. Immediately after the phone call you receive an e-mail, SMS or a fax and can act and react accordingly.

 **Corporate Benefits:** Through our professional answering service will show potential customers and other key audiences professionalism and integrity - and thereby have more time for your business success.

 **Professional answering:** Our professional staff understands your needs and industry characteristics, and knows how to communicate with your callers professionally and success-oriented - in your company name.

 **Flexible rates,** we know that entrepreneurs different demands on a phone have a medium as a company secretary. Therefore we offer to businesses of any size and any industry the right tariff.

**High German and English guarantees:** As a Hamburg company, we offer you and your callers a perfect High German and English - guaranteed.

Nationwide telephone service - nationwide - Myoso Allyseal Day Out | Bueroservice24.de 5/30/12 11:54 AM
Case 8:14-cv-00657-MSS-AEP Document 11-25 Filed 05/30/14 Page 6 of 7 PageID 337
Case 1:14-cv-00263-RDB Document 10-1 Filed 03/28/14 Page 227 of 270

| Telephone-secretariat | Services | Social Media |
|---|---|---|
| Benefits | Business address | The SME blog |
| Immediately test | Credit Report | Facebook |
| Offer Calculator | Industry Solutions | Google + |
| And Price List | | Twitter |
| Entry-level package | | Xing |
| Standard Package | | |
| Professional Package | | |
| Weekend Package | **Business** | **Support** |
| | Home | Terms and Conditions |
| | Contact | FAQ |
| | Cooperation | Privacy Policy |
| | Affiliate | Imprint |
| | Press | Lexicon |
| | Jobs | Sitemap |

**TUV tested**



Germany's largest office survey showed that poor telephone accessibility has a negative effect on customer relationships.

We are here for you - if you are not there - and beyond!

Our professional and nationwide phone service is the core competence of our company. In addition, we offer additional services, secretarial services - even in multiple languages - for business customers. We guarantee our customers a reliable business and personal secretarial services. With modern communication technology and trained professionals, we enable your company secretaries constantly available to your customers and business partners for your support as well as vacation and sick leave. With an inexpensive and attractive pricing model, we help you reduce your fixed costs. In addition to an affordable fee, you pay only for services actually provided and verifiable.

Bueroservice24.de also offers you an exclusive business address in Hamburg. Find out about our Hamburg business addresses .

Take advantage of our service Services for your business or yourself and contact us today so that we are there for your customers if it can not be themselves.

If you have further questions about the telephone office, the credit information or other products? Perhaps you can find in our FAQs that answer.

We thank the many customers who are already our telephone service or office service.