# EXHIBIT W

EXHIBIT W



Morgan Pietz <morganpietz@gmail.com>

## Defendant Deposition Availability, 8:13-cv-3024, MD109

**Jon Hoppe** <JHoppe@mhhhlawfirm.com>  Sat, Mar 1, 2014 at 5:23 PM
To: "Morgan E. Pietz" <mpietz@pietzlawfirm.com>
Cc: "John C. Lowe" <johnlowe@johnlowepc.com>

Dear Messrs. Pietz and Lowe:

I am interested in taking the deposition of your client in this case as soon as possible. Would you please contact me as soon as possible to set up an appropriate date for doing so?  If I do not hear from you shortly, I may have no other recourse than to act unilaterally on this issue. Thank you for your prompt attention to this matter.

Very truly yours,

Jon A. Hoppe, Esquire
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580 (ph.)
(301) 341-5727 (fax)

```
The information contained in this electronic message is attorney privileged and
confidential information intended only for the use of the individual or entity
named above. If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution or copy of this
communication is strictly prohibited. If you have received this communication
in error, please immediately notify the sender by telephone at the number
printed above and return the original to the sender at the address printed
above via electronic mail. Thank you.
```