**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 8:14-cv-00657-MSS-AEP |
| | ) |
| JOHN DOE subscriber assigned | ) |
| IP address 72.64.140.132, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DEFENDANT'S NOTICE OF FILING AMENDED CERTIFICATE OF GOOD-FAITH CONFERENCE FOR MOTION TO DISMISS [DOC. 011]

COMES NOW Defendant "John Doe,"[1] identified by Plaintiff only as the accountholder for Internet service having IP Address **72.64.140.132**, in a special, limited appearance by and through the undersigned attorney, and hereby files John Doe's amended certificate of good-faith conference for John Doe's motion to dismiss/motion to quash [Doc. 011]. The purpose for the amendment is to correct a scrivener's error as to the date of the conference.

---

[1] John Doe and the undersigned attorney are making a special, limited appearance only; this notice is not to be construed as a general appearance by either John Doe or the undersigned attorney. John Doe has not been subject to service of process in this action and does not intend to waive service of process.

**AMENDED CERTIFICATE OF GOOD-FAITH CONFERENCE**

I hereby certify that, on May 20, 2014, I conferred, telephonically, with counsel for Plaintiff, who stated that Plaintiff is opposed to the relief requested in Defendant's motion to dismiss/motion to quash [Doc. 011].

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
cynthia@cynthiaconlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed electronically the foregoing with the Clerk of the Court via CM/ECF system which will notify electronically all parties.

*Attorney for Defendant:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803-4809
Tel 407-965-5519
Fax 407-545-4397
www.cynthiaconlin.com

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
cynthia@cynthiaconlin.com