UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 8:14-cv-00657-MSS-AEP |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 72.64.140.132, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On April 1, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Internet Services, to obtain the Defendant's identifying information [CM/ECF 7]. Plaintiff issued the subpoena the very same day, and expected to receive the ISP's response on June 3, 2014.

3. To date, Plaintiff has not received a response to the subpoena because Defendant filed a Motion to Quash which currently remains pending before the Court [CM/ECF 11]. The ISP has advised that it is unable to produce the Defendant's identity to Plaintiff until after the pending motion has been adjudicated.

4.      Pursuant to Rule 4(m), Plaintiff's deadline to effectuate service on Defendant is today, July 16, 2014. As Plaintiff does not know the Defendant's true identity, it is unable to serve Defendant by the current deadline.

5.      Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on Defendant be extended until at least thirty (30) days after this Court enters a ruling on the pending motion. Such extension will allow undersigned sufficient time within which to obtain the Defendant's true identity, should the Court rule in Plaintiff's favor, confer with Plaintiff regarding service, and prepare the appropriate pleadings to effectuate service on the Defendant.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until thirty (30) days after the Court enters a ruling on the pending Motion to Quash [CM/ECF 11]. A proposed order is attached for the Court's convenience.

Dated: July 16, 2014

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*