**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MALIBU MEDIA, LLC,**

    Plaintiff,

v.                                           Case No.: 8:14-cv-657-T-35-AEP

**JOHN DOE subscriber assigned IP address
72.64.140.132,**

    Defendant.

_____/

## ORDER

Pursuant to 28 U.S.C. § 636, Defendant's Omnibus Motion to Dismiss Action with Motion to Quash Non-Party Subpoenas or Enter Protective Order (Dkt. 11) is hereby referred to the Honorable Anthony E. Porcelli for the entry of an Order or a Report and Recommendation, as appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of August 2014.

                                                        MARY S. SCRIVEN
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* Parties